

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL QUINN,<br>  aka "Mick,"<br>  aka "southof,"<br>  aka "inhere,"<br><br>    Defendant. | CR No. 16 00431<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2423(b): Travel with Intent to Engage in Illicit Sexual Conduct; 18 U.S.C. §§ 1591(a)(1), (b)(1), 1594(a): Attempted Sex Trafficking of Children] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(b)]

Beginning on an unknown date and continuing through on or about May 19, 2016, defendant MICHAEL QUINN, also known as ("aka") "Mick," aka "southof," aka "inhere," knowingly traveled in interstate commerce and into the United States from Australia to Los Angeles County, within the Central District of California, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), namely, to engage in sexual acts with a boy approximately six years of age.

1 COUNT TWO

2 [18 U.S.C. §§ 1591(a)(1), (b)(1), 1594(a)]

3 Beginning on or about May 6, 2016, and continuing through on or
4 about May 21, 2016, in Los Angeles County, within the Central
5 District of California, and elsewhere, defendant MICHAEL QUINN, also
6 known as ("aka") "Mick," aka "southof," aka "inhere" ("QUINN"), in
7 and affecting interstate commerce, knowingly attempted to recruit,
8 entice, harbor, transport, provide, obtain, advertise, maintain,
9 patronize, and solicit by any means, a person, knowing and in
10 reckless disregard of the fact that such person had not attained the
11 age of 14 years and would be caused to engage in a commercial sex
12 act, namely, defendant QUINN attempted to recruit, entice, harbor,
13 transport, provide, obtain, advertise, maintain, patronize, and
14 //
15 //
16 //
17
18
19
20
21
22
23
24
25
26
27
28

solicit a person he believed was a six-year-old boy, to engage in sexual intercourse with defendant QUINN in exchange for $250.

A TRUE BILL

_____
Foreperson

EILEEN M. DECKER
United States Attorney

*/s/*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized Crime Section

JOEY L. BLANCH
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section