Reset Form

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

CR 16 00431   CASE SUMMARY

---

Case Number _____

U.S.A. v.  Michael Quinn _____

☑ Indictment   ☐ Information

Defendant Number   1 _____

Year of Birth   1983 _____

Investigative agency (FBI, DEA, etc.)   HSI

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a :

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   May 21, 2016

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles       ☐ Ventura
☐ Orange            ☐ Santa Barbara
☐ Riverside         ☐ San Luis Obispo
☐ San Bernardino    ☐ Other _____

Citation of Offense   18 USC 1591, 2422(b)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes

IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: May 23, 2016

Case Number   16-1067M

Charging   18 USC 1594, 2423(c)

The complaint:   ☑ is still pending
                 ☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide, Name:   DFPD Lisa LaBarre appointed at initial
        Phone Number:   213-894-2854

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   ☐ Yes   ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☐ No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?
- [ ] YES
- [x] NO

IF YES, list language and/or dialect: _____

**OTHER**

- [x] Male
- [ ] Female
- [ ] U.S. Citizen
- [x] Alien

Alias Name(s): Mick, inhere, southof

This defendant is charged in:
- [x] All counts
- [ ] Only counts: _____

- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?
- [ ] Yes
- [x] No

IF YES, should matter be sealed?
- [ ] Yes
- [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [x] violent crimes/firearms
- [x] Other   child exploitation/HT/PSC
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?
- [ ] Yes
- [ ] No

d. Is on bail or release from another district: _____

Defendant is **in** custody:

a. Place of incarceration:
- [ ] State
- [x] Federal

b. Name of Institution: MDC

c. If Federal: U.S. Marshal's Registration Number: _____

d. [x] Solely on this charge. Date and time of arrest:
   May 21, 2016

e. On another conviction:
- [ ] Yes
- [ ] No

IF YES:
- [ ] State
- [ ] Federal
- [ ] Writ of Issue

f. Awaiting trial on other charges::
- [ ] Yes
- [ ] No

IF YES:
- [ ] State
- [ ] Federal   AND

Name of Court: _____

Date transferred to federal custody: May 23, 2016

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20   _____ 21   _____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   5-27-16

Signature of Assistant U.S. Attorney

Print Name: Joey Blanch