FILED

JUN 1 7 2016

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## *Memorandum*

ORIGINAL



## CR 16 00431

| Subject: | Date: |
|---|---|
| United States v. Michael Quinn | May 27, 2016 |

| To: | From: |
|---|---|
| KIRY K. GRAY | Joey Blanch |
| Clerk, United States District Court | Assistant United States Attorney |
| Central District of California | Criminal Division |

For purposes of determining whether the above-referenced matter, being filed on June 17, 2016:

(a)    should be assigned to the Honorable André Birotte Jr., it

       ☐ is

       ☒ is not

a matter that was pending in the United States Attorney's Office (USAO) on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)    should be assigned to the Honorable Michael W. Fitzgerald, it

       ☐ is

       ☒ is not

(1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; or (3) a matter in which current First Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

JOEY L. BLANCH
Assistant United States Attorney