# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:16-CR-00431     Recorder: CS 06/20/2016     Date: 06/20/2016

Present: The Honorable Jacqueline Chooljian, U.S. Magistrate Judge

Court Clerk: Hana Rashad     Assistant U.S. Attorney: Anwar Khan

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MICHAEL QUINN<br>        CUSTODY-PRESENT | LISA SHINAR LABARRE<br>        DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge John F. Walter.
It is ordered that the following date(s) and time(s) are set:
    Trial Setting Conference 6/21/2016 at 11:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Defendant is presently housed at MDCLA.

    The government shall turn over all discovery to defense counsel. Trial counsel for the government must appear at the trial setting conference.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: HR by TRB

cc: Statistics Clerk, PSALA USMLA