UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 16-431-JFW**                                            Dated: June 21, 2016

===================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Joey L. Blanch |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

===================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Michael Quinn                               1)   Lisa Shinar LaBarre, DFPD
     present in custody                               present appointed

_____

**PROCEEDINGS:**   **TRIAL SETTING CONFERENCE**

Trial Setting Conference held.  Court ordered the dates as indicated on Order Re: Criminal Trial filed today.  Counsel served with Order Re: Criminal Trial in Court on this date.

Initials of Deputy Clerk __sr__
0/25