```
 1  EILEEN M. DECKER
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    Joey L. Blanch
 4  Assistant United States Attorney
    Deputy Chief, Violent & Organized Crime Section
 5  California Bar Number:   186487
         1300 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-3315
         Facsimile: (213) 894-3713
 8       E-mail: joey.blanch@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
```

| UNITED STATES OF AMERICA, | No. CR 16-431-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MICHAEL QUINN,<br>aka "Mick,"<br>aka "southof,"<br>aka "inhere," | **[PROPOSED] PRETRIAL HEARING:**<br>  8-22-16<br>**[PROPOSED] TRIAL DATE:**<br>  8-30-16 |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on July 28, 2016.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1 The Court further finds that:  (i) the ends of justice
2 served by the continuance outweigh the best interest of the
3 public and defendant in a speedy trial; (ii) failure to grant
4 the continuance would be likely to make a continuation of the
5 proceeding impossible, or result in a miscarriage of justice;
6 (iii) failure to grant the continuance would unreasonably deny
7 defendant continuity of counsel and would deny defense counsel
8 the reasonable time necessary for effective preparation, taking
9 into account the exercise of due diligence, and the complex
10 nature of computer forensics makes it unreasonable to expect
11 defense counsel to be prepared for trial within the time period
12 established by the Speedy Trial Act.
13     THEREFORE, FOR GOOD CAUSE SHOWN:
14     1.   The trial in this matter is continued from August 16,
15 2016 to August 30, 2016. The pretrial hearing is continued to
16 from August 8, 2016 to August 22, 2016.  The briefing schedule
17 for any motions shall be: pretrial motions must be filed by July
18 18, 2016; oppositions to pretrial motions must be filed by
19 August 1, 2016; replies to pretrial motions must be filed by
20 August 8, 2016.
21     2.   The time period of June 28, 2016 (the date the request
22 for a continuance was filed) to August 30, 2016, inclusive, is
23 excluded in computing the time within which the trial must
24 commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
25 (B)(ii), and (B)(iv).
26     3.   Nothing in this Order shall preclude a finding that
27 other provisions of the Speedy Trial Act dictate that additional
28 time periods are excluded from the period within which trial

2

must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

_____      _____
 DATE                                          HONORABLE JOHN F. WALTER
                                                 UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
JOEY L. BLANCH
Assistant United States Attorney

3