```
 1  EILEEN M. DECKER
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    Joey L. Blanch
 4  Assistant United States Attorney
    Deputy Chief, Violent & Organized Crime Section
 5  California Bar Number:   186487
         1300 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-3315
         Facsimile: (213) 894-3713
 8       E-mail: joey.blanch@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL QUINN,<br>aka "Mick,"<br>aka "southof,"<br>aka "inhere,"<br><br>Defendant. | No. CR 16-431-JFW<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**STATUS CONFERENCE/MOTIONS HEARING:**<br>  8-22-16 AT 9:00 A.M.<br>**TRIAL DATE:**<br>  8-30-16 AT 8:30 A.M. |
|---|---|

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on July 28, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the complex nature of computer forensics makes it unreasonable to expect defense counsel to be prepared for trial within the time period established by the Speedy Trial Act.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from August 16, 2016 to **August 30, 2016 at 8:30 a.m.** The status conference and hearing on motions is continued to from August 8, 2016 to **August 22, 2016 at 9:00 a.m.**  The briefing schedule for any motions shall be: pretrial motions must be filed by July 18, 2016; oppositions to pretrial motions must be filed by August 1, 2016; replies to pretrial motions must be filed by August 8, 2016.

2. The time period of June 28, 2016 (the date the request for a continuance was filed) to August 30, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (B)(ii), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial

must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

June 29, 2016
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JOEY L. BLANCH
Assistant United States Attorney

**CC: USPO, USM**

3