AUSA JOEY L. BLANCH (CSB # 186487)
312 N. Spring Street, 13th Floor
Los Angeles, California 90012
Telephone: (213) 894-315  Facsimile: (213) 894-3713
joey.blanch@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 16-431-JFW |
| v. | |
| MICHAEL QUINN, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Government's Ex Parte Application For An Order Sealing Document; (Proposed) Order Sealing Document; and Plea Agreement For Defendant Michael Quinn

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

July 14, 2016                                            Joey L. Blanch
Date                                                     Attorney Name
                                                         UNITED STATES OF AMERICA
                                                         Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                   NOTICE OF MANUAL FILING OR LODGING