UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 16-431-JFW**                                                                 Dated: July 20, 2016
=================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Terri Hourigan | Lana Morton-Owens |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

=================================================================
U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

1)   Michael Quinn                                         1)   Lisa Shinar LaBarre, DFPD
     present in custody                                         present appointed

PROCEEDINGS:   **CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance.  Defendant is sworn.

Plea agreement signed on July 13, 2016 and lodged on July 14, 2016 is incorporated and made part of the proceeding as modified on the record.

Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to Count 1 of the Two-Count Indictment filed on June 17, 2016.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea.  The Court finds that the defendant, Michael Quinn, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.  Accordingly, the plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **October 3, 2016, at 9:00 am**, for sentencing.  **The Status Conference on August 22, 2016 and the Jury Trial on August 30, 2016 are hereby vacated.**

cc:     USPO, PSA

*Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.*

Initials of Deputy Clerk   sr
0/35