1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  (E-mail: Hilary_Potashner@fd.org)
   LISA SHINAR LABARRE (Bar No. 246429)
3  (E-Mail: Lisa_LaBarre@fd.org)
   Deputy Federal Public Defender
4  321 East 2nd Street
   Los Angeles, California 90012-4202
5  Telephone: (213) 894-1476
   Facsimile: (213) 894-0081
6
   Attorneys for Defendant
7  MICHAEL QUINN

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                            **WESTERN DIVISION**

11 | UNITED STATES OF AMERICA, | Case No. CR 16-431-JFW |
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
13 | v. | |
14 | MICHAEL QUINN, | Current Sent. Date: Oct. 3, 2016<br>Current Sent. Time: 9:00 a.m. |
15 | Defendant. | Requested Sent. Date: Oct. 31, 2016<br>Requested Sent. Time: 9:00 a.m. |

18       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United
19  States of America, by and through Assistant United States Attorney Joey L. Blanch,
20  and defendant Michael Quinn, by and through his attorney of record, Deputy Federal
21  Public Defender Lisa Shinar LaBarre that:
22       Defense counsel is in the process of obtaining mitigating information for
23  sentencing, including records and letters from Mr. Quinn's friends and family. A
24  sentencing date of October 31, 2016 will be sufficient to obtain and present the
25  information for this Court's consideration.
26       Additionally, Mr. Quinn's family is making arrangements to travel from
27  Australia to the United States to attend the sentencing hearing. The additional time

                                      1

1  requested will allow Mr. Quinn's family to secure airfare and accommodation in time
2  for the sentencing hearing.
3    For these reasons, defendant requests a continuance of the sentencing hearing in
4  this matter from Monday, October 3, 2016, at 9:00 a.m., to Monday, October 31, 2016,
5  at 9:00 a.m., and the government has no objection.   This is the first request to continue
6  sentencing.

Respectfully Submitted,

HILARY POTASHNER
Federal Public Defender

DATED: August 25, 2016    By  */s/ Lisa Shinar LaBarre*
LISA SHINAR LABARRE
Deputy Federal Public Defender
Attorney for Michael Quinn


EILEEN M. DECKER
United States Attorney


DATED: August 25, 2016    By  */s/ Joey L. Blanch with e-mail permission*
JOEY L. BLANCH
Assistant United States Attorney