HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
LISA SHINAR LABARRE (Bar No. 246429)
(E-Mail: Lisa_LaBarre@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1476
Facsimile: (213) 894-0081

Attorneys for Defendant
MICHAEL QUINN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-431-JFW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CONTINUING SENTENCING** |
| v. | |
| MICHAEL QUINN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing for Michael Quinn is continued from Monday, October 3, 2016, at 9:00 a.m., to Monday, October 31, 2016, at 9:00 a.m.

Dated: August __, 2016

_____
HONORABLE JOHN F. WALTER
United States District Judge

1