|  |  |
|---|---|
| 1 | HILARY POTASHNER (Bar No. 167060)<br>Federal Public Defender<br>(E-mail: Hilary_Potashner@fd.org)<br>LISA SHINAR LABARRE (Bar No. 246429)<br>(E-Mail: Lisa_LaBarre@fd.org)<br>Deputy Federal Public Defender<br>321 East 2nd Street<br>Los Angeles, California 90012-4202<br>Telephone: (213) 894-1476<br>Facsimile: (213) 894-0081 |

Attorneys for Defendant
MICHAEL QUINN

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL QUINN,<br><br>      Defendant. | Case No. CR 16-431-JFW<br><br>**ORDER CONTINUING SENTENCING** |
|---|---|

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing for Michael Quinn is continued from Monday, October 3, 2016, at 9:00 a.m., to Monday, October 31, 2016, at 9:00 a.m. Sentencing papers shall be filed on October 13, 2016.

Dated: August 26, 2016

_____
HONORABLE JOHN F. WALTER
United States District Judge

CC: USPO, PSA, USM

1