LISA SHINAR LABARRE (SB No. 246429)
Deputy Federal Public Defender
321 E. Second Street, Los Angeles, CA 90012
(213) 894-1476; Fax (213) 894-7566
E-mail: Lisa_LaBarre@fd.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 16-431-JFW |
| v. | |
| MICHAEL QUINN | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

(1) EX PARTE APPLICATION TO FILE UNDER SEAL
(2) [PROPOSED] ORDER SEALING DOCUMENTS
(3) UNDER SEAL DOCUMENT

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| October 13, 2016 | /s/ Lisa Shinar LaBarre |
|---|---|
| Date | Attorney Name |
| | Defendant, Michael Quinn |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)     **NOTICE OF MANUAL FILING OR LODGING**