UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 16-431-JFW**                                                      Dated: October 31, 2016

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Joey L. Blanch |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

===============================================================
U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

1)   Michael Quinn                                     1)   Lisa Shinar LaBarre, DFPD
     present in custody                                     present appointed retained

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant. For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO, USM

Initials of Deputy Clerk   sr
1/00